UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHAMEKA CRITTON | CIVIL ACTION NO. 16-cv-0356 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 9), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 20th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE